McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BEVERLY S. JACKSON, | CASE NO. **2:05-CV-02421-PAN (JFM)** |
|---|---|
| Plaintiff, | STIPULATION AND [proposed] ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the administrative law judge (ALJ) will be directed to obtain the file for Plaintiff's subsequent application for Disability Insurance Benefits, filed in April 2005, which resulted in a finding of disability since February 24, 2005. Because the subsequent award of benefits involved a period of time already adjudicated by the ALJ, upon remand, the ALJ must reconcile the two claims in accordance with the provisions set forth in the <u>Hearings, Appeals and Litigation Law Manual</u> (HALLEX) I-5-3-17 § III.B.2.

      It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

1 | The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
2 | stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes
3 | counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing
4 | password, pursuant to Local Rule 7-131.

DATED: March 7, 2006

   /s/ Richard A. Whitaker
   RICHARD A. WHITAKER

   Attorney for Plaintiff

DATED: March 8, 2006

   McGREGOR W. SCOTT
   United States Attorney

   By: /s/ Bobbie J. Montoya
   BOBBIE J. MONTOYA
   Assistant U. S. Attorney

   Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
ELIZABETH FIRER
Assistant Regional Counsel
United States Social Security Administration

_____ o0o_____

## ORDER

This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision is vacated and the Clerk of the Court is directed to enter Judgment.

SO ORDERED.

DATED: April 25, 2006.

UNITED STATES MAGISTRATE JUDGE

Stip & Order of Remand (Sentence 4) - 05-02421